# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
SUBJECT DISCORD ACCOUNT )
)
)
)

Case No.    MJ24-703

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A, attached hereto and incorporated herein by reference.

located in the _____ Northern _____ District of _____ California _____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, attached hereto and incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(2) & (b)(1) | Receipt/Distribution of Child Pornography |
| 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) | Possession of/Access with Intent to View Child Pornography |

The application is based on these facts:
✓ See Affidavit of HSI Special Agent Krystle Mendoza continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented: ☑ by reliable electronic means; or: ☐ telephonically recorded.

KRYSTLE L MENDOZA  Digitally signed by KRYSTLE L MENDOZA
Date: 2024.10.31 13:07:23 -07'00'

*Applicant's signature*

Krystle Mendoza, HSI Special Agent
*Printed name and title*

○ The foregoing affidavit was sworn to before me and signed in my presence, or
◉ The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: ___11/01/2024___

*Judge's signature*

City and state: ___Seattle, Washington___          Brian A. Tsuchida, United States Magistrate Judge
*Printed name and title*

2024R01027

**AFFIDAVIT OF KRYSTLE MENDOZA**

COUNTY OF KING               )
                             )        ss
STATE OF WASHINGTON          )

I, Krystle Mendoza, being duly sworn, depose and state as follows:

**INTRODUCTION**

1.      I am a Special Agent (SA) with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI), assigned to the Assistant Special Agent in Charge (ASAC) Blaine, Washington, field office.  I have been employed as an HSI Special Agent since 2019.  I am currently assigned to the child exploitation / human trafficking unit in the HSI office in Ferndale, WA.  I am a law enforcement officer of the United States, who is empowered by law to conduct investigations of, and to make arrests for offenses enumerated in Title 18, United States Code.  Prior to this, I worked with the Canada Border Services Agency from 2003 to 2018.

2.      In my capacity as a Special Agent, I am responsible for conducting investigations into the numerous federal laws enforced by HSI.  I am a graduate of the Federal Law Enforcement Training Center (FLETC), Criminal Investigator Training Program as well as HSI Special Agent Training Program.  During that training, I learned how to conduct child exploitation investigations.  Since then, I have been involved in many child exploitation investigations and have assisted federal and state partners during their investigations.  As such, I have become familiar with ways that child pornography is shared, distributed, and/or produced, including the use of various social media websites (Facebook, Twitter, Kik, Snap Chat, Discord, etc.), "cloud" based storage, and peer-to-peer (P2P) networks.  Often, individuals involved in child exploitation will collect or store images and/or videos on various media devices they keep at their residences, or in offsite locations such as "cloud" based storage.  I have also become familiar with jargon

AFFIDAVIT OF S.A. MENDOZA - 1
USAO #2024R01027

or slang terms that people involved in child exploitation will use to discuss their activities.

3.      My training included courses in law enforcement techniques, federal criminal statutes, conducting criminal investigations, and the execution of search warrants.  I have participated in the execution of several search warrants which involved child exploitation and/or child pornography offenses and the search and seizure of computers and other digital devices.  I have observed and reviewed numerous examples of child pornography in various forms of media, including media stored on digital media storage devices such as computers, tablets, cellphones, etc.

4.      I have worked with agents involved in numerous investigations involving the sexual exploitation of children or the distribution, receipt, and possession of child pornography.  I have participated in searches of premises and assisted in gathering evidence pursuant to search warrants, including search warrants in multiple child pornography investigations.  I have participated in interviews of persons who possess and distribute child pornography.

5.      I have participated in online undercover communications using messaging platforms with hundreds of people interested in the production, distribution, and receipt of child pornography.  In my undercover role I have assisted in the administration of private chat groups dedicated to the production, distribution, and receipt of child pornography.  As such, I have become familiar with platforms used to facilitate the production, distribution, and receipt of child pornography and their purposes.

6.      I am a member of the Internet Crimes Against Children (ICAC) Task Force in the Western District of Washington, and work with other federal, state, and local law enforcement personnel in the investigation and prosecution of criminal violations relating to child exploitation and child pornography, including violations pertaining to the unlawful production, importation, distribution, receipt, attempted receipt, and possession

AFFIDAVIT OF S.A. MENDOZA - 2
USAO #2024R01027

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of child pornography and material involving the sexual exploitation of minors in violation of 18 United States Code §§ 2251, 2252(a), and 2252A(a)(4)(B), 2422, 2243(a)(1).

## PURPOSE OF THE AFFIDAVIT

7.      I make this affidavit in support of an application for a search warrant for information associated with certain accounts that are stored at premises controlled by Discord, Inc., an online electronic and remote cloud storage service located at. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require Discord, Inc. ("Discord") to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

8.      The facts set forth in this Affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training, experience, and research.  Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth each and every fact that I or others have learned during the course of this investigation. I have set forth only the facts that I believe are relevant to the determination of probable cause to believe that evidence, fruits, and instrumentalities in violation of federal law will be found in the Discord account of **User ID: 441850258121818113, Username:jennn20184048#0, Email:** **ilovesally17@hotmail.com**, (hereafter referred to as the "SUBJECT ACCOUNT").

AFFIDAVIT OF S.A. MENDOZA - 3
USAO #2024R01027

9. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2252(a)(2), (b)(1) (Receipt/Distribution of Child Pornography) and 18 U.S.C. § 2252(a)(4)(B), (b)(2) (Possession of/Access with Intent to View Child Pornography), as well as attempt/conspiracy to commit those offenses (hereinafter referred to as the "TARGET OFFENSES"), have been committed by MELISSA MARKWART while utilizing the "SUBJECT ACCOUNT". There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband or fruits of these crimes further described in Attachment B.

### THE INVESTIGATION

10. On July 29, 2024, Reporting Witness (RW), an executive responsible for global security with Thomson Reuters reported a possible child exploitation crime at an apartment in Bellingham, Washington, to the Whatcom County Sheriff's Office.

11. RW said the company terminated Alex Cannon (age 24) earlier that day because he used his work computer to access child sexual abuse material (CSAM). RW explained that Cannon worked remotely at an apartment in Bellingham and used an employer-provided laptop. RW said the company monitors activity on all the laptops it provides to its employees and that Cannon was advised on multiple occasions of this fact.

12. According to RW, the security team completed an audit of Cannon's laptop on July 24. The audit revealed Cannon visited a pornographic website and began a text chat with someone through that site. Cannon clicked on a link that offered CSAM and accessed two videos, both of which showed sexual abuse of prepubescent minors.

13. RW said during a termination interview, Cannon acknowledged accessing CSAM on his work laptop. RW also said the company preserved the audit information, which included a screen recording of Cannon's activity on his work laptop.

14. Police obtained several search warrants for Cannon's home, digital media, and his Discord account. Investigators also obtained the screen recording RW described, which they also shared with me. In the video, Cannon logs into the Thomson Reuters

AFFIDAVIT OF S.A. MENDOZA - 4
USAO #2024R01027

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Corporation site.  After performing apparent job duties, Cannon opens a web browser and logs into Discord as "roppymayhornt" and starts chatting with "jjxmc#0" (the SUBJECT DISCORD USER).  Cannon tells the other user he's at work and horny, then opens another browser tab labeled "MEGA."  The tab displays many files. including files named "sister and little brother" and "PEDOMOM UKRAINE."  Cannon then searches the files for "Madre e Hijo," which I know means mother and son in English.

15.     Police obtained a warrant for content from Cannon's Discord account.  The content included a series of chats between Cannon and the SUBJECT DISCORD USER starting in July 2024.  The SUBJECT DISCORD USER told Cannon she was a 24-year-old female living in Saskatchewan where she worked as a nurse.   She also told Cannon she had a fiancé in Michigan and that she soon planned to immigrate to the United States.

16.     I obtained a copy of this Discord content and have reviewed the chats between Cannon and the SUBJECT DISCORD USER, who I have since identified as Melissa MARKWART, a 24-year-old Canadian national.  I have confirmed that a United States citizen living in Michigan sponsored MARKWART's application for a K1 Visa, which grants entry into the United States for a person engaged to a United States citizen. The visa application indicates that the sponsor is a male in his early 20s who reported working with the adult foster care system.   The U.S. State Department issued MARKWART's K1 Visa on September 4, 2024.

17.     Cannon received multiple photos of a young Caucasian female from the SUBJECT DISCORD USER, including sexually explicit imagery.  All of these images appear to depict MARKWART.

18.     The discord chat logs show communications between Cannon and MARKWART from July 24 to August 4, 2024.  The two exchanged hundreds of messages during this period and extensively discussed child sexual abuse and CSAM. Among other things, they discussed sharing CSAM, collecting CSAM, grooming children for sexual abuse and the creation of CSAM, child sex trafficking, and extreme violence committed against children.  Of note, MARKWART stated repeatedly her desire to rape children and trade child victims with others sharing the same interest.

AFFIDAVIT OF S.A. MENDOZA - 5
USAO #2024R01027

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

MARKWART and Cannon exchanged the following messages on July 26, 2024.

MARKWART:     I went to the aquarium today and it was so busy. So many kids pushing past me to look at the fish. Made me think about you soo much. There was a little boy in front of me and I wanted to rub my groin against his bum so bad

MARKWART:     I don't think anyone would've noticed if I pushed him against the glass and started groping him

Cannon:     mmmm fuck youre so icky i love you

Cannon:     you should've

Cannon:     and told me how good it felt

MARKWART and Cannon exchanged the following messages on July 27, 2024.

Cannon:     mmm tell me some of the sickest shit you wanna fuck to

Cannon:     describe ur dream cp vid â• ¤ï¸•

MARKWART:     Mmmm I want you to grab me by my hair and fuck my ass while we watch a little girl being tied up, sucking on her daddy's cock and swallowing his cum while he plays with her tight pussy, eventually forcing himself in her while she cries in pain

Cannon:     mmm you like it rough huh baby

Cannon:     you like watching little girls get r@ped

Cannon:     ?

Cannon:     mmm id love to hear you whisper how much you love it in my ear

MARKWART:     I loveee it rough baby. Listening to them cry makes me cum so hard

Cannon:     mmm i love you my perfect p3d0 whore â• ¤ï¸•

Cannon:     i cant wait to fuck your asshole to little kids screaming

AFFIDAVIT OF S.A. MENDOZA - 6
USAO #2024R01027

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Cannon: [Sends link to Mega filesharing site (https://mega.nz[REDACTED] MUA4)]

MARKWART: Ughhhh fuck I want that to be us

Cannon: it will baby

MARKWART: [Sends link to Mega file sharing site (https://mega.nz[REDACTED]bGK4)]

MARKWART: I can't get this video out of my head too. It's so fucking hot

Cannon: mmm i love that you sent ME a vid >:)))

Cannon: youre perfect baby

Cannon: i love it when you send me stuff

MARKWART: Mmmm you are soo perfect ðŸ'-ðŸ'-

Cannon: youre perfect

Cannon: im so glad i met you

Cannon: i cant wait to be together forever :))))

MARKWART: I wanted to send you more but I cannot find anything in those like 900 videos lmao

Cannon: mmm its so fucking hot that you like watching babies <333

Cannon: tell me the absolute worst stuff you like

Cannon: i have literally no limits for you baby

MARKWART: The one though of the baby crying with cum dripping all over its face was sooo hot too mmmm I can't wait to share your cum with our girl

Cannon: god im so in love with you

MARKWART: The screaming and the crying and making them squirm turns me on so fucking much

MARKWART: Heheh I'm soo in love with you :))

Cannon: i cant wait to make love to you to the sound of babies

screaming and crying â• ¤ï¸•

Cannon:                mmm when can I see more pics of you baby

MARKWART: Ughhh me too

19.     I attempted to access the content associated with the (https://mega.nz[REDACTED] MUA4) link, which was a link exchanged between MARKWART and Cannon.  When I attempted to do so I received the following message, "This link is unavailable as the user's account has been closed for gross violation of MEGA's Terms of Service."

20.     I attempted to access the content associated with the (https://mega.nz[REDACTED]bGK4) link, which was a link exchanged between MARKWART and Cannon.  When I attempted to do so I received the following message, "This folder or file was reported to contain objectionable content, such as Child Exploitation Material, Violent Extremism, or Bestiality.  The link creator's account has been closed and their full details, including IP address, have been provided to the authorities

21.     I asked HSI SA Clinton Lindsly for assistance obtaining this content.   SA Lindsly has significant training and experience with the Mega file sharing application. Mega is headquartered in New Zealand, and SA Lindsly recently spent several weeks working in New Zealand with New Zealand law enforcement and Mega employees who seek to combat CSAM trafficking on the Mega platform.

22.     SA Lindsly has been granted an elevated Mega user account for law enforcement purposes, that has permissions to access links and or folders, that have been suspended by Mega due to violations of their terms of service.  I asked him to use his elevated Mega account to access the content associated with these links and preserve that material for use in my investigation.

23.     SA Lindsly determined the links were each associated with a single file, both of which I reviewed and describe below:

AFFIDAVIT OF S.A. MENDOZA - 8
USAO #2024R01027

Link (Cannon sent to MARKWART):  https://mega.nz[REDACTED] MUA4

File name:  bbyrape.mp4

Description: This video is 37 seconds long and shows an infant laying naked on their stomach.  An adult male is masturbating and then grabs the hand of a female and places it on the infant's buttocks.  The female hand spreads the infant's buttocks, and the adult male then inserts his penis into the infant's anus.   The infant screams in pain during the assault.  Based on my observations of the child, I believe they are under age 2.

Link (MARKWART sent to Cannon):     https://mega.nz[REDACTED]bGK4

File Name: NUEVO CP73.mp4

Description: This video is 1 min and 25 seconds long and is a compilation of several video clips.

The first clip shows a partially clothed adult with duct tape around their ankles laying on a blanket.  Another adult and a prepubescent child with tape over their mouth are also visible. During the clip, this other adult grabs the child's wrists and appears to force the child to manipulate the genitals of the adult on the blanket. Based on the child's stature and lack of muscular development, I estimate the child is between 4 and 7 years old.

The second clip shows a naked adult male on his knees on top of a naked prepubescent female laying on her back with her legs spread open.  The adult male inserts his penis into the child's vagina and proceeds to engage in sexual intercourse with this child.  Based on the child's stature and lack of muscular/pubic development I estimate she is between 4 and 7 years old.

The third clip depicts a naked infant laying on their side as an adult male penetrates the infant's anus with his penis.  The infant cries and whimpers during the assault.  Based on my observation of this child, I estimate they are under age 1.

The following exchange between Cannon and MARKWART took place on July 29, 2024.

Cannon:     oh fuck i just found the most fucked up vid ðŸ˜µâ€• ðŸ'"

MARKWART:   Godd baby I canâ€™t wait to tie up our pretty princess and use her cunt.

MARKWART:   Mmmmm I wanna see

Cannon:     [Sends link to Mega file sharing site (https://mega.nz[REDACTED]-d70)]

Cannon:     i love you so much

MARKWART:   I love you ðŸ˜• ðŸ˜•

Cannon:     Tell me what you think of the video princess

MARKWART:   Ughhh can we do that to our baby please…..

MARKWART:   Mmmm I really just want to listen to our baby scream and cry while we pleasure ourselves with them. I want to listen to your moans as you force yourself inside their tiny little holes. Mmmm and I want to listen to you praise them for how well they suck your cock. And I want you to watch while I sit on our little boys face.

Cannon:     mmmm I cant wait to watch you rape them

MARKWART:   Mmmm and that videos so fucking hot. We can tie our baby up and pour candle wax all over their pretty cunt and ass before we stretch them out with toys

Cannon:     Youre going to look so fucking pretty

Cannon:     We can tie our daughter up and jerk off tyo some cp over her

MARKWART:   Mmmm and we can meet other p3do couples and trade kids with them â™¥ï¸•

Cannon:     Yessss

Cannon:     Cover her in your squirt and my cum

AFFIDAVIT OF S.A. MENDOZA - 10
USAO #2024R01027

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

MARKWART:    Mmmm film us using them and then fuck them again while they watch our videos

Cannon:    Ngghhh yesss

MARKWART:    Godd baby I need you so bad

24.    SA Lindsly was also able to access and preserve the content associated with the link Cannon sent MARKWART, https://mega.nz[REDACTED]-d70, in the above chat.  I reviewed the video associated with this link and describe it below:

Link:  https://mega.nz[REDACTED]-d70

File Name: VID-20180520-WA0313.3gp

Description: This video is 9 minutes and 40 seconds long and shows a prepubescent child being sexually abused and tortured by an adult female.  For most of the video, the child is bound, gagged, and being suspended upside down.  At various points, the adult strikes the child's head and body, whips the child with a belt, and forces the child's face into her genitals.  The adult female also drips wax from a burning candle onto the child's genitals and anus.  Throughout the video, the child appears to be in distress and pain.  Based on the child's lack of pubic/muscular development, lack of pubic/body hair, and small stature, I estimate she is between 4 and 7 years old.

25.    On the afternoon of September 27, 2024, Melissa MARKWART arrived at the Portal, North Dakota Customs and Border Protection Port of Entry seeking entry into the United States in a car bearing Saskatchewan Canada license plate 883 MKG.  MARKWART was arrested on a warrant issued by the United States District Court for the Western District of Washington for distributing child sexual abuse material in violation of 18 U.S.C. § 2252(a)(2).

26.    During a recorded interview and after being advised of her constitutional rights, among other things, MARKWART provided the following information: 1) She was the user of Discord account jjxmc#0, but that she had deleted that account recently; 2) she met Alex Cannon online in July 2024 and traded child sexual abuse imagery with him; 3) she was particularly interested in depictions of violence against very young

AFFIDAVIT OF S.A. MENDOZA - 11
USAO #2024R01027

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

children; and 4) she had masturbated while viewing this material on several occasions. She also identified the following email addresses as ones she used: ilovesally17@hotmail.com, melissamarkwart@gmail.com, and tmbieberx@gmail.com

27.	MARKWART also told agents that she had learned of Cannon's arrest and that once he was released on bond in early August, the two continued to communicate via Discord and Telegram.  MARKWART said the communication continued until just a few days prior to her arrest and involved the trade of child sexual abuse material.

28.	On October 9, 2024, I obtained a warrant for content from MARKWART's Discord account with user name "jjxmc#0" and served it the following day.  On October 21, 2024, Discord Inc., responded with content for this account.  These records showed the account had not been used since August 4, 2024.

29.	On October 26, 2024, I served a summons to Discord for account subscriber information related to subscriber Melissa MARKWART to include any and all accounts linked with her known email address of ilovesally17@hotmail.com.

30.	On October 28, 2024, Discord provided the following basic subscriber information related to Melissa MARKWART and email address ilovesally17@hotmail.com.:

**USER ID: 441850258121818113**

**USERname: jennn20184048#0**

**Email: ilovesally17@hotmail.com**

## BACKGROUND CONCERNING ONLINE ACCOUNTS

31.	As explained herein, information stored in connection with an online account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion

32.	30.	In my training and experience, the information stored in connection with an online account can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, email communications, contacts

AFFIDAVIT OF S.A. MENDOZA - 12
USAO #2024R01027

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

lists, and images sent (and the data associated with the foregoing, such as date and time) may indicate who used or controlled the account at a relevant time.

33.     Further, information maintained by the online provider can show how, when and where the account was accessed or used. For example, as described below, online providers typically log the Internet Protocol (IP) addresses from which users access an account, along with the time and date of that access. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the online storage account access and use relating to the crime under investigation. This geographic and timeline information may tend to either inculpate or exculpate the account owner. Additionally, information stored at the user's account may further indicate the geographic location of the account user at a particular time (e.g., location information integrated into an image or video sent via email).

34.     Stored electronic data may provide relevant insight into the online account owner's state of mind as it relates to the offense under investigation. For example, information in the online storage account may indicate the owner's motive and intent to commit a crime (e.g., communications relating to the crime), or consciousness of guilt (e.g., deleting communications in an effort to conceal them from law enforcement).

## BACKGROUND CONCERNING DISCORD INC.

35.     From the internet and experience, I know Discord is a voice, video, media and text (chat) communication service/platform in which users can communicate in private chats, ranging from 1–10 users, or as part of a larger group/community called servers.  Servers are also broken down into subcategories, or channels.  Discord maintains these media, and text (chat) communications, whether they occurred on a server or in private chats.  Discord asks each of their subscribers to provide certain identifying information when registering for an account.  This information can include, but is not limited to: a username, subscriber's full name, date of birth, physical address, telephone numbers, other identifiers, and/or e-mail addresses (which Discord can indicate if this email address has been verified or not).  Information provided to and maintained

AFFIDAVIT OF S.A. MENDOZA - 13
USAO #2024R01027

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

by Discord by paying subscribers can include a means and source of payment (creditor bank account number).

36.     Discord assigns a unique 18-digit User ID after an account is created. Discord and other providers of similar services, retain certain transactional information about the creation and use of each account on their systems.  This information can include, but is not limited to: the date and time at which the account was created, the length of service, records of log-in (i.e., session) times and durations, friends list, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account, and other log files that reflect usage of the account.

37.     Discord also has records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account.  Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the account.  In some cases, account users will communicate directly with a provider, in this case, Discord, about issues relating to their account, such as technical problems, billing inquiries, and/or complaints from other users.  Providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

38.     Information related to the SUBBJECT ACCOUNTS are stored at premises owned, maintained, controlled, or operated by Discord, Inc., headquartered at 444 De Haro St., Suite 200, San Francisco, CA 94107.

### INFORMATION TO BE SARCHED AND THINGS TO BE SEIZED

39.     Pursuant to Title 18, United States Code, Section 2703(g), this application and affidavit for a search warrant seeks authorization to permit Discord Inc., and its agents and employees to assist agents in the execution of this warrant. Once issued, the search warrant will be presented to Discord Inc., with direction that it identifies the Discord Inc., account described in Attachment A to this affidavit, as well as other

AFFIDAVIT OF S.A. MENDOZA - 14
USAO #2024R01027

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

subscriber and log records associated with the account, as set forth in Section I of Attachment B to this affidavit

40.    The search warrant will direct Discord Inc., to create an exact copy of the specified account and records.

41.    I, and/or other law enforcement personnel will thereafter review the copy of the electronically stored data and identify from among that content those items that come within the items identified in Section II to Attachment B, for seizure.

42.    Analyzing the data contained in the forensic image may require special technical skills, equipment, and software.  It could also be very time-consuming. Searching by keywords, for example, can yield thousands of "hits," each of which must then be reviewed in context by the examiner to determine whether the data is within the scope of the warrant. Merely finding a relevant "hit" does not end the review process. Keywords used originally need to be modified continuously, based on interim results. Certain file formats, moreover, do not lend themselves to keyword searches, as keywords, search text, and many common e-mail, database and spreadsheet applications do not store data as searchable text. The data may be saved, instead, in proprietary non-text format. And, as the volume of storage allotted by service providers increases, the time it takes to properly analyze recovered data increases, as well.  Consistent with the foregoing, searching the recovered data for the information subject to seizure pursuant to this warrant may require a range of data analysis techniques and may take weeks or even months.  All forensic analysis of the data will employ only those search protocols and methodologies reasonably designed to identify and seize the items identified in Section II of Attachment B to the warrant.

43.    Based on my experience and training, and the experience and training of other agents with whom I have communicated, it is necessary to review and seize a variety of IP logs, registration e-mail addresses, source of payment, and documents, that identify any users of the "SUBJECT ACCOUNTS".

AFFIDAVIT OF S.A. MENDOZA - 15
USAO #2024R01027

## CONCLUSION

44.    Based on the forgoing, I request that the Court issue the proposed search warrant.  This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).  Pursuant to 18 U.S.C. § 2703(g), the government will execute this warrant by serving the warrant on Discord, Inc.  Because the warrant will be served on Discord, Inc., who will then compile the requested records and data, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.  Accordingly, by this Affidavit and Warrant, I seek authority for the government to search all of the items specified in Section I, Attachment B (attached hereto and incorporated by reference herein) to the Warrant, and specifically to seize all of the data, documents and records that are identified in Section II to the same Attachment.

AFFIDAVIT OF S.A. MENDOZA - 16
USAO #2024R01027

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

43.     The affidavit and application are being presented by reliable electronic means by telephone pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3).

KRYSTLE L MENDOZA
Digitally signed by KRYSTLE L MENDOZA
Date: 2024.10.31 13:08:30 -07'00'

_____
Krystle Mendoza, Affiant
Special Agent, HSI

The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone on this 1st day of November, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

AFFIDAVIT OF S.A. MENDOZA - 17
USAO #2024R01027

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ATTACHMENT A**

**Account to Be Searched**

This warrant applies to electronically stored information contained in, related to, and associated with, including all preserved data associated with Discord, Inc., account

**User ID: 441850258121818113**

**Username:   jennn20184048#0**

**Email: ilovesally17@hotmail.com**,

(the Subject Account),  which is stored at a premises owned, maintained, controlled, or operated by Discord, Inc., ("Discord" or "Provider"), which received legal process at 444 De Haro St., Suite 200, San Francisco, CA 94107.  Discord receives legal process by email to lawenforcement@discord.com.

**ATTACHMENT B**

ATTACHMENTS - 1
USAO #2024R01027

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Particular Things to Be Seized**

**I.      Information to Be Disclosed by Discord, Inc., hereinafter "Provider" for search:**

1.      The following information or data associated with the Subject Account described in Attachment A, as well as other subscriber and log records associated with the Subject Account, which are within Discord, Inc.'s possession, custody, or control, including all records, files, logs, or information that have been deleted but are still available to Discord, Inc., or that have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), for the time period of account inception, to the date of the execution of the search warrant:

a.      The contents of all storage accounts belonging to or accessed by the **Subject Account**, including images, videos, and other files, associated upload/download dates and timestamps, and IP addresses from which the files were uploaded or to which they were downloaded.

b.      All Internet search data, including queries and location data;

c.      Subscriber information associated with the **Subject Account**, contents of posts, comments, and photos, including date and timestamp;

d.      All files created by, uploaded to, or accessed by the **Subject Account**;

e.      Payment information, including billing address, shipping address, and payment instruments, associated with any Discord service used by the **Subject Account**;

f.      Conversation logs, images, or videos, and associated upload or download dates and timestamps for the **Subject Account**;

g.      Records pertaining to communications between Provider and any person regarding the **Subject Account**, including contacts with support services and records of actions taken;

ATTACHMENTS - 2
USAO #2024R01027

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

h.      Records or other information pertaining to the **Subject Account**, including all files, databases, and database records stored by Discord in relation to the **Subject Account** or identifiers;

i.      Information that might identify the subscribers related to the **Subject Account**, including names, addresses, telephone numbers, and other identifiers; email addresses; business information; the length of service (including start date); means and source of payment for services (including any credit card or bank account number); the IP address used to register the account; log-in IP addresses associated with session times and dates; and information about any domain name registration;

j.      The types of service utilized;

k.      The contents of all messages, emails, and chat messages associated with the Subject Account, including stored or preserved copies, the source and destination addresses associated with any messages, the date and time at which each email or message was sent or received, the size and length of each message, and attachments to any e-mail or message sent or received;

l.      Device information for the **Subject Account**, if any, to include IMEI/MEID, make and model, serial number, date and IP of last access to Discord, and a list of all accounts that have ever been active on the device; and

m.      Any CyberTipline Reports or any correspondence with the National Center for Missing and Exploited Children (NCMEC) related to the **Subject Account** including communications, chats, texts, emails, or media files.

2.      Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer shall not be required for the service or execution of the search warrant.

## II.    Information to Be Seized by the Government

3.      All information described above in Section I that constitutes contraband or evidence, fruits, or instrumentalities of violations of 18 U.S.C. § 2252(a)(2), (b)(1) (Receipt/Distribution of Child Pornography), and 18 U.S.C. § 2252(a)(4()(B), (b)(2) (Possession of/Access with Intent to View Child Pornography), as well as attempt or

ATTACHMENTS - 3
USAO #2024R01027

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

conspiracy to commit such offenses, referred to as the "**Target Offenses**," committed in or after July 2024:

a.      Messages, communications, records, and files associated with or attached to email or chat messages, and transactional data that constitute evidence of, or that may have been used to facilitate, or that were capable of being used to commit or further the **Target Offenses**;

b.      Any visual depictions of minors engaged in sexually explicit conduct;

c.      Communications that pertain to or that are evidence of the production, advertisement, distribution, receipt, access with intent to view, or possession of visual depictions of minors engaged in sexually explicit conduct;

d.      Information relating to who created, used, or communicated with the Subject Account about the production, sharing, or accessing of visual dpictions of minors engaged in sexually explicit conduct, including records about their identities and whereabouts;

e.      Information indicating the account owner's or user's state of mind as it relates to the crimes under investigation; and

f.      Subscriber information related to the accounts established to host the site enumerated in Attachment A, to include:

(1)      Names, physical addresses, telephone numbers and other identifiers, email addresses, and business information.

(2)      Length of service (including start date), types of service utilized, means and source of payment for services (including any credit card or back account number), and billing and payment information.

ATTACHMENTS - 4
USAO #2024R01027

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C § 1746, that the information contained in this certification is true and correct. I am employed by [PROVIDER], and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of [PROVIDER]. The attached records consist of _____ [GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]. I further state that:

a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of [PROVIDER], and they were made by [PROVIDER] as a regular practice; and

b.    such records were generated by [PROVIDER's] electronic process or system that produces an accurate result, to wit:

1.    The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of [PROVIDER] in a manner to ensure that they are true duplicates of the original records; and

ATTACHMENTS - 5
USAO #2024R01027

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2.      The process or system is regularly verified by [PROVIDER], and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

ATTACHMENTS - 6
USAO #2024R01027

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970